**No. 40701.**—Protest 581372-G of Antolini & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kraft* v. *United States* (T. D. 47955) the protest was sustained.

**No. 40702.**—Protest 733703-G of William Faehndrich, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kraft* v. *United States* (T. D. 47955) the protest was sustained.

**No. 40703.**—Protest 821888-G (C) of Mattia Locatelli, N. Y. Branch, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) the protest was sustained.

**No. 40704.**—Protests 944378-G, etc., of International Forwarding Co. et al. (New York).

Opinion by KEEFE, J. On the records presented the protests were overruled.

FEBURARY 24, 1939

**No. 40705.**——Protest 957533-G of Hoover Co. Abstract 40122. Application by plaintiff for rehearing granted.

FFBRUARY 27, 1939

**No. 40706.**——Protests 904420-G(A), etc., of Brown & Kruger, Inc., et al. Abstract 40486. Application by plaintiffs for rehearing denied.

**No. 40707.**——Petition 5653-R of A. W. W. Kyle Co. Abstract 40430. Application by petitioner for rehearing denied.

BEFORE THE SECOND DIVISION, FEBRUARY 28, 1939

**No. 40708.**—Protests 732080-G, etc., of Consolidated Venetian Blind Co. et al. (Galveston, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.